IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No: 3:99cr30/RV
            3:05cv173/RV/MD

LARRY LEWIS

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 27, 2005.  The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   The motion to vacate, set aside, or correct sentence pursuant to 18 U.S.C. § 2255 (doc. 292) is summarily DISMISSED as untimely.

DONE AND ORDERED this 28th day of June, 2005.


/s/ _Roger Vinson_
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE